# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE NORBERTO GODINEZ, Defendant. | Case No. 16-cr-02871-BAS<br><br>**ORDER SETTING REPLY DEADLINE** |

Defendant Jose Norberto Godinez has filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A). (ECF No. 88.) The Government has responded. (ECF No. 90.) If Mr. Godinez wishes to file a reply, it must be filed no later than **Friday, July 31, 2020**.

**IT IS SO ORDERED.**

**DATED: July 24, 2020**

Hon. Cynthia Bashant
United States District Judge